1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      CENTRAL DISTRICT OF CALIFORNIA

10

11   SARPOOHI RATAVOSIAN,              )   NO. CV 04-3899-MAN
                                       )
12                  Plaintiff,         )
           v.                          )   JUDGMENT
13                                     )
                                       )
14   JO ANNE B. BARNHART,              )
     Commissioner of the              )
15   Social Security Administration,   )
                                       )
16                  Defendant.         )
     _____)
17

18       Pursuant to the Court's Memorandum Opinion and Order,

19

20       IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is reversed, and the cause is remanded for

22   further necessary administrative proceedings, consistent with the

23   provisions of the Memorandum Opinion and Order.

24

25   DATED: March 31, 2006

26                                    _____/s/_____
                                       MARGARET A. NAGLE
27                            UNITED STATES MAGISTRATE JUDGE

28